**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TETYANA SERHIYENKO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01421-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Tetyana Serhiyenko ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

　　　　On August 16, 2019, Plaintiff filed her Complaint. On August 19, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 9, 2019.

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 30, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 9th day of September 2019.

      **QUILLING SELANDER LOWNDS**
        **WINSLETT & MOSER, P.C.**

      */s/ Jennifer Bergh*
      Jennifer Bergh
      Nevada Bar No. 14480
      6900 N. Dallas Parkway, Suite 800
      Plano, Texas 75024
      Telephone: (214) 560-5460
      Facsimile: (214) 871-2111
      jbergh@qslwm.com
      *Counsel for Trans Union LLC*


      */s/ Mitchell D. Gliner*
      Mitchell D. Gliner
      Nevada Bar No. 003419
      3017 W Charleston Blvd, Suite 95
      Las Vegas, Nevada 89102-1928
      Telephone: (702) 870-8700
      Facsimile: (702) 870-0034
      mgliner@glinerlaw.com
      *Counsel for Plaintiff*

**IT IS SO ORDERED**

**DATED:** September 10, 2019

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**<u>ORDER</u>**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this _____ day of _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3964518.1