Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TETYANA SERHIYENKO,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
AND TRANS UNION LLC,

    Defendants.

Case No. 2:19-cv-01421-JCM-BNW

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC *ONLY*

    Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Equifax Information Services LLC be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | CLARK HILL PLLC |
| */s/ Mitchell Gliner* | |
| MITCHELL D. GLINER, ESQ. | JEREMY J. THOMPSON |
| Nevada Bar No. 003419 | Nevada Bar No. 012503 |
| 3017 W. Charleston Blvd. # 95 | 3800 Howard Hughes Pkwy., #500 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89169 |
| Attorney for Plaintiff | Attorney for Defendant |
| | Equifax Information Services LLC |

IT IS SO ORDERED February 26, 2020.

_____
UNITED STATES DISTRICT JUDGE