Jeremy J. Thompson
Bar No. 12503
Clark Hill PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TETYANA SERHIYENKO, | Case No. 2:19-cv-01421-JCM-BNW |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** |
| EQUIFAX INFORMATION SERVICES LLC, et al., | |
| Defendants. | |

Defendant Equifax Information Services, LLC ("Equifax"), moves this Court for an order removing Jeremy J. Thompson of Clark Hill PLLC from the service list of counsel in this matter.

An Order [ECF No. 26] granting Joint Stipulation of Dismissal with Prejudice of Equifax Information Services LLC Only [ECF No. 25] was entered February 26, 2020.

Respectfully submitted this 14th day of July, 2020.

/s/ Jeremy J. Thompson
Jeremy J. Thompson
Bar No. 12503
Clark Hill PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300; Fax: 702-862-8400
Email: jthompson@clarkhill.com
*Attorneys for Defendant Equifax Information Services LLC*

IT IS SO ORDERED

DATED: 5:07 pm, July 16, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

-1-